IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00015-PAB-BNB

KENNITH MEADOWS,

Plaintiff,

v.

LIEUTENANT JUDY KNIGHT,

Defendant.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to vacate Final Pretrial Conference** [docket no. 31, filed December 19, 2011] (the "Motion").

IT IS ORDERED that the Motion is GRANTED IN PART AND DENIED IN PART. The Pretrial Conference will go forward but the date will be changed.

IT IS FURTHER ORDERED that the Pretrial Conference set for January 13, 2012, is **vacated and reset to February 17, 2012, at 8:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.4.0., is due on or before **February 10, 2012**.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.


DATED:  December 20, 2011