# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

Courtroom Deputy: Kathy Preuitt-Parks            Date: August 3, 2012
Court Reporter: Janet Coppock                    Time: 40 minutes

**CASE NO.  11-cv-00015-PAB-BNB**

Parties                                          Counsel

**KENNITH MEADOWS,**                              Alison Ruttenberg


                    Plaintiff (s),

vs.

**JUDY KNIGHT,**                                  Kristin Ruiz
                                                 Jacquelynn Rich Fredericks
                    Defendant (s).


## TRIAL PREPARATION CONFERENCE

**1:35 p.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL.

Matter set for 2-day jury trial commencing August 20, 2012 at 8:00 a.m.

Court discusses pending motion in limine.

Comments by Ms. Ruttenberg.

Comments by Ms. Ruiz.

Page Two
11-cv-00015-PAB-BNB
August 3, 2012

**ORDERED:**  Plaintiff's Motion in Limine (Doc #60) is **DENIED as MOOT.**

**ORDERED:**  Parties shall prepare a brief statement of the case.

Court and counsel discuss Judge Brimmer's Practice Standards including jury selection
of 9, proposed voir dire, opening statements limited to 20 minutes, witnesses and
exhibits.

**ORDERED:**  Court will send its proposed introductory jury instructions to counsel.  Any
objections shall be filed in an expeditious manner.

**2:15 p.m.     COURT IN RECESS**

**Total in court time:        40 minutes**

**Hearing concluded**