## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

### JUDGE PHILIP A. BRIMMER

### COURTROOM MINUTES

---

Courtroom Deputy: Kathy Preuitt-Parks          Date: August 20, 2012
Court Reporter: Janet Coppock                  Time: 4 hours and 54 minutes

---

**CASE NO.  11-cv-00015-PAB-BNB**

Parties                                        Counsel

**KENNITH MEADOWS,**                           Alison Ruttenberg


                    Plaintiff (s),

vs.

**JUDY KNIGHT,**                               Kristin Ruiz
                                               Jacquelynn Rich Fredericks
                    Defendant (s).

---

### TRIAL TO COURT - DAY ONE

---

**8:22 a.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL.  Plaintiff Kenneth Meadows and defendant Judy Knight are present.

Court and counsel discuss pending pretrial matters.

**ORDERED:**  Plaintiff's Motion to Strike the Defendant's Affirmative Defenses as Untimely Asserted and Not Contained in the Pretrial Order (Doc #69) is **GRANTED**, as stated on the record.

Page Two
11-cv-00015-PAB-BNB
August 20, 2012

**8:30 a.m.**       **COURT IN RECESS**

**9:01 a.m.**       **COURT IN SESSION**

Jury pool present.

Court introduces itself and staff.

Counsel introduces themselves and those at counsel's tables.

**9:09 a.m.**       Jurors sworn and voir dire begins.

**9:52 a.m.**       Voir dire by Ms. Ruttenberg.

**9:55 a.m.**       Voir dire by Ms. Ruiz.

**9:57 a.m.**       Bench conference.

**10:00 a.m.**      Jurors sworn.

**EXCUSED FOR CAUSE BY THE COURT**
1.       **None**

**PLAINTIFF'S PEREMPTORY CHALLENGES:**
1.    **100227372**
2.    **100209397**
3.    **100219321**

**DEFENDANT'S PEREMPTORY CHALLENGES:**
1.    **100207467**
2.    **100232749**
3.    **100210567**

**JURORS SEATED TO TRY THE CASE:**
1.    **100235521**
2.    **100219802**
3.    **100225265**
4.    **100222032**
5.    **100237782**
6.    **100228825**
7.    **100233141**

Page Three
11-cv-00015-PAB-BNB
August 20, 2012

**8.      100222284**
**9.      100215881**

**10:05 a.m.    COURT IN RECESS**

**10:28 a.m.    COURT IN SESSION**

Introductory jury instructions read.

**10:42 a.m.**    Opening statement by Ms. Ruttenberg.

**10:53 a.m.**    Opening statement by Ms. Fredericks.

**11:09 a.m.**    Direct examination of plaintiff Kenneth Meadows by Ms. Ruttenberg.

**11:51 a.m.**    Cross examination by Ms. Rich Fredericks.

**12:07 p.m.    COURT IN RECESS**

**1:37 p.m.    COURT IN SESSION**

              Bench conference.

**1:38 p.m.**    Cross examination by Ms. Rich Fredericks continues.

Plaintiff is excused.

**2:02 p.m.**    Plaintiff rests.

              Bench conference.  Defendant moves for a Directed Verdict.

Defendant's **exhibits A, B, and C** are ADMITTED by stipulation.

**2:07 p.m.**    Direct examination of defendant Judy Knight by Ms. Ruiz.

**2:16 p.m.**    Cross examination by Ms. Ruttenberg.

**2:17 p.m.**    Bench conference.

**2:23 p.m.**    Redirect examination by Ms. Ruiz.

Page Four
11-cv-00015-PAB-BNB
August 20, 2012

Defendant is excused.

**2:24 p.m.**      Direct examination of defendant's witness Cassandra Metoyer by Ms. Ruiz.

**2:39 p.m.**      Cross examination by Ms. Ruttenberg.

**2:45 p.m.**      Redirect examination by Ms. Ruiz.

Witness excused.

**2:48 p.m.**      Direct examination of defendant's witness Michael Montanez by Ms. Rich Fredericks.

**3:10 p.m.**      Cross examination by Ms. Ruttenberg.

**3:15 p.m.**      Redirect examination by Ms. Rich Fredericks.

**3:16 p.m.**      Recross examination by Ms. Ruttenberg.

Witness excused.

**3:40 p.m.**      **COURT IN RECESS**

**Total in court time:**      **294 minutes**

**Hearing continued**